MONTCLAIR SAVINGS BANK, complainant,

*v.*

CORNELIA M. PARTRIDGE, defendant.

[Decided February 28th, 1921.]

On appeal of Lorenzo E. Woodhouse, executor.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevenson, and reported *ante p. 28*.

*Mr. Richard Boardman*, for the complainant.

*Messrs. Carrick & Wortendyke*, for the defendant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevenson.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, BLACK, KATZENBACH, WILLIAMS, TAYLOR, GARDNER, ACKERSON—11.

*For reversal*—None.